UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-00236 |
| ) | |
| LISA JACKSON, in her official capacity as ) | |
| Administrator of the United States ) | |
| Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

NOW COMES Amy J. Dona, Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, and enters her appearance as attorney of record in the above-captioned action.  Ms. Dona was admitted to practice in the Western District of Wisconsin on April 8, 2011, in accordance with Local Rule 83.5.  Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon Ms. Dona via the Court's electronic case filing system.  If the need arises to serve papers via U.S. mail, hand delivery, or overnight delivery, the following contact information should be used:

**OVERNIGHT ADDRESS**
Amy J. Dona
U.S. Department of Justice
Environment & Natural Resources Division
601 D. Street, N.W., Suite 8000
Washington, D.C. 20004
Phone: 202-514-0223
Fax:    202-514-8865
amy.dona@usdoj.gov

**MAILING ADDRESS**
Amy J. Dona
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone: 202-514-0223
Fax:    202-514-8865
amy.dona@usdoj.gov

      Ms. Dona hereby respectively affirms that she is an attorney in good standing as a member of the bar in every jurisdiction where she has been admitted to practice and is not subject to pending disciplinary proceedings as a member of the bar of any United States District Court. Ms. Dona requests that she be designated as an "Attorney to be Noticed," and wishes to receive electronic notices of case activity.

Dated: April 13, 2011        IGNACIA S. MORENO
                             Assistant Attorney General
                             Environment and Natural Resources Division


                              s/ Amy J. Dona
                             AMY J. DONA
                             Trial Attorney
                             Environmental Defense Section
                             United States Department of Justice
                             P.O. Box 23986
                             Washington, D.C. 20026-3986
                             Telephone:    (202) 514-0223
                             Fax. No.:     (202) 514-8865

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on April 13, 2011, the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the Electronic Court Filing System, which sent notification of such filing to the Counsel of Record in the above-captioned action.

             s/ Amy J. Dona
             AMY J. DONA
             United States Department of Justice
             Environmental Defense Section
             P.O. Box 23986
             Washington, D.C. 20026-3986
             Tel: (202) 514-0223
             Fax: (202) 514-8865
             amy.dona@usdoj.gov